See *Good Stewardship Christian Ctr. v. Empire Bank*, 341 F.3d 794, 797 (8th Cir. 2003) (dismissal under Rule 41(b) reviewed for abuse of discretion); *Farnsworth v. City of Kansas City, Mo.*, 863 F.2d 33, 34 (8th Cir.1988) (per curiam) (pro se litigants are not excused from complying with court orders). We believe, however, that the district court's order should be modified to dismiss the action without prejudice, as Leach's conduct did not rise to the level of willful disobedience or intentional delay. See *Good Stewardship Christian Ctr.*, 341 F.3d at 797. Accordingly, we affirm, but modify the dismissal to be without prejudice.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

**PER CURIAM.**

David W. Blakley appeals the district court's [1] adverse grant of summary judgment on his discrimination and retaliation claims against the Kansas City Missouri School District and others. Upon a careful de novo review of the record and the parties' submissions on appeal, we affirm the district court's well-reasoned decision. See 8th Cir. R. 47B.

---

**David W. BLAKLEY, Jr., Appellant,**

v.

**KANSAS CITY MISSOURI SCHOOL DISTRICT; Board of Directors of KCMSD; Bernard Taylor, Jr., Dr.; Phyllis Budeshym, Appellees.**

No. 05–4002.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 16, 2007.

Filed: Feb. 23, 2007.

Larry Delano Coleman, argued, Raytown, MO, for Appellant.

Hayley Elizabeth Hanson, Michael E. Norton, Blackwell & Sanders, argued, Kansas City, MO, for Appellees.

**The CINCINNATI INSURANCE COMPANY, Plaintiff–Appellee,**

v.

**SAWMILL HYDRAULICS, INC., Defendant,**

**Gary Eads, Defendant–Appellant.**

No. 06–2980.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 14, 2007.

Filed: Feb. 23, 2007.

Karl Kuckelman, Wallace & Saunders, Overland Park, KS, for Plaintiff–Appellee.

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.